United States District Court
Eastern District of Louisiana

Henderson Ford

vs

Artifacts Antiques
Collectino Rugs

Civil Action

**18-5034**

Case No

Section SECT. A MAG. 1

Complaint

Jurisdiction
American with Disabilities Act of 1990; 42:12181 and 42:12182

Supplemental Jurisdiction
Louisiana Civil Rights for Persons with Disabilities Act; R.S. 46:2253 and R.S. 46:2256 (B)

Parties
Plaintiff Henderson Ford

Defendant Artifacts Antiques collection Rugs

TENDERED FOR FILING

MAY 17 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee Pauper
Process
X Dktd
CtRmDep
Doc. No.

## Complaint

(1) Plaintiff contend that on or about March 1, 2018 Plaintiff try to go to Artifacts Antiques Collection Rugs, 1400 St Charles Ave, New Orleans, La 70118 but was denied access to this business because the business do not have a handicap ramp or a portable ramp for a person in a wheelchair.

(2) Plaintiff contend that he is handicap because his right leg is cutoff (6) inches below his knee.

(3) On March 5, 2018 Plaintiff mailed to the Defendant a notice of action, explaining how the Defendant is violating the American with Disabilities Act.

(4) Plaintiff contend that the Defendant never answer or respond to the notice of action.

(5) Plaintiff contend that the Defendant denied Plaintiff to the service, good, and his enjoyment of life to go freely in and out of places of public accommodation.

## Relief

(6) The Defendant to pay all court cost

(7) Plaintiff request trial by Jury

(8) The Defendant to pay Plaintiff Twenty-Five Thousand dollars ($25,000.00) for losing him his enjoyment of life

(9) The Defendant to pay Plaintiff Twenty-Five Thousand dollars ($25,000.00) for violating his civil rights under American with Disabilities Act

(10) The Defendant to pay Plaintiff Twenty-Five Thousand dollars ($25,000.00) for violating his civil rights under Louisiana Civil rights for person with Disabilities Act

(11) Plaintiff be awarded cost

Thus done on this date of May 17, 2018

Respectfully submitted
Henderson Ford
Henderson Ford
2416 N. Dorgenois St Apt C
New Orleans LA 70117
(504) 900-5870