UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.
2019 JAN 25 A 10: 35
WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| **HENDERSON FORD, plaintiff** | * | CIVIL ACTION NO. 18-5034 |
| | * | |
| v. | * | SECTION: A |
| | * | |
| **ARTIFACTS ANTIQUES COLLECTION RUGS, defendant** | * | MAGISTRATE: 1 |
| | * | |

*********************************************

### JOINT VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** comes pro-se Plaintiff, Henderson Ford, and Defendant, Heirloom Furnishings, LLC, who hereby move to voluntarily dismiss this matter with prejudice upon representation to the Court that the parties achieved a compromise that includes the satisfaction of Plaintiff's obligation to pay the filing fees associated with this lawsuit.

Respectfully submitted,

_____
BRYAN J. KNIGHT (28640)
bknight@nileslawfirm.com
MARK E. KAUFMAN (32526)
mkaufman@nileslawfirm.com
NILES, BOURQUE & KNIGHT, L.L.C.
201 St. Charles Ave., Suite 3700
New Orleans, Louisiana 70170
Telephone: (504) 310-8550 (Main Number)
Facsimile: (504) 310-8595
Attorneys for Heirloom Furnishings, LLC

_____
Henderson Ford
Pro-se Plaintiff
1530 Gravier St.
New Orleans, LA 70112

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was filed the Clerk of Court by hand delivery.

I further certify that a copy of the foregoing was hand delivered to *pro se* plaintiff, Henderson Ford, this 25 day of January, 2019.

/s/ Mark E. Kaufman

___ Fee $400.00
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.

LAE 054 125

{00534328.DOCX}1