# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HENDERSON FORD, plaintiff** | * | **CIVIL ACTION NO.: 18-5034** |
| v. | * | **SECTION: A** |
| **ARTIFACTS ANTIQUES COLLECTION RUGS, defendant** | * | **MAGISTRATE: 1** |

*******************************************

## ORDER

CONSIDERING the foregoing Joint Voluntary Motion to Dismiss with Prejudice filed by pro-se Plaintiff, Henderson Ford and Defendant, Heirloom Furnishings, LLC;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITH PREJUDICE** with each party to bear their own costs.

2/5/19

_____
Hon. Jay C. Zainey
Judge, United States District Court for the Eastern District of Louisiana